### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### (KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. |
| DAVID W. KELLNER, | )   20-20030-JAR-TJJ ) ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about May 1, 2020, in the District of Kansas, the defendant,

### DAVID W. KELLNER,

knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, that is: in 2007, case number 06CA-CR00619-01, of Burglary in the 2nd Degree, in the Circuit Court of Cass County, Missouri; in 2008, case number 4:07CR0212-01-ODS, of Possession of Stolen Firearms, in the United States District Court for the Western District of Missouri; and, in 2015, case number 1416-CR01885-01, of Property Damage in the 1st Degree, in the Circuit Court of Jackson County, Missouri; knowingly and unlawfully possessed in and affecting interstate and foreign commerce, a firearm, that is, a 7.62x39mm Century Arms rifle, Model RAS47, serial number RAS47104591, and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

## FORFEITURE NOTICE - FIREARM VIOLATION

2. Upon conviction of the offenses identified in Count 1, the defendant,

**DAVID W. KELLNER,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved the commission of the offenses, including, but not limited to: a 7.62x39mm Century Arms rifle, Model RAS47, serial number RAS47104591, and ammunition, seized by law enforcement, in the District of Kansas, on May 1, 2020.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

DATED: June 16, 2020          *s/ Foreperson*
                              FOREPERSON OF THE GRAND JURY



*s/ Terra D. Morehead #12759*
STEPHEN R. MCALLISTER, Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
Stephen.McAllister@usdoj.gov

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

Count 1:   Felon in Possession of Firearm and Ammunition - 18 U.S.C. § § 922(g)(1) & 924(a)(2)

- NMT 10 years Imprisonment;
- NMT $250,000.00 Fine;
- NMT 3 years S.R.;
- $100 Special Assessment; and
- Forfeiture Allegation.

In the event of three prior convictions constituting a crime of violence or a drug trafficking offense:

- NLT 15 years and NMT Life Imprisonment;
- NMT $250,000.00 Fine;
- NMT 3 years S.R.;
- $100 Special Assessment; and,
- Forfeiture Allegation.